*A. H. Cowie* for appellants.

*Edwin Nottingham* for respondent.

WILLARD BARTLETT, J. This is an action at law to recover the sum of $1,659 for rentals by the plaintiff corporation for telephone service rendered to the defendants under a contract which is the subject of consideration in an equity suit between the same parties decided herewith. The conclusion reached in that case that the exclusive clause of the contract in controversy does not invalidate the other portions of the agreement disposes of all the questions raised upon the appeal in the present action.

The order of the Appellate Division in this case should, therefore, be affirmed, with costs, and judgment absolute directed against the defendants.

CULLEN, Ch. J., HAIGHT, HISCOCK and CHASE, JJ., concur; GRAY, J., concurs in result.

Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. STEWART, Appellant, *v.* JOHN F. AHEARN, as President of the Borough of Manhattan, City of New York, Respondent.

*People ex rel. Stewart v. Ahearn,* 131 App. Div. 932, affirmed.
(Argued May 31, 1910; decided June 14, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1909, which affirmed the proceedings of the defendant in dismissing the relator from the position of assistant engineer in the bureau of highways and as acting superintendent of public buildings in the borough of Manhattan.

*J. Rider Cady, H. Linsly Johnson* and *Charles P. Dillon* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.